Willkie Farr & Gallagher LLP
Attorneys for 360networks Corporation
Alan J. Lipkin (AL-7484)
Eilish M. Cahalan (EC-0179)
Adam S. Ross (AR-0425)
787 Seventh Avenue
New York, New York 10019
(212) 278-8000

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
                                                            :
In re                                                       :    Chapter 7
                                                            :
ASIA GLOBAL CROSSING LTD, *et*                              :    02-15749 (SMB) and
*al.*,                                                      :    02-15750 (SMB)
                        Debtors.                            :    (Substantively Consolidated)
                                                            :
------------------------------------------------------------X

## NOTICE OF APPEAL

360networks Corporation, pursuant to 28 U.S.C § 158(a) and Fed. R. Bankr. P. 8001(a) hereby appeals to the United States District Court for the Southern District of New York, from the order of the Bankruptcy Court expunging claim no. 5 of 360networks Corporation, entered as docket number 951 in this case on January 2, 2008, the post-trial decision expunging claim no. 5, entered as docket number 946 in this case on December 13, 2007, the opinion and order of the Bankruptcy Court granting in part and denying in part cross-motions for summary judgment, entered as docket number 642 in this case on June 28, 2005, and the opinion and order of the bankruptcy judge granting limited reargument, but upon reargument, adhering to the original decision, entered as docket number 690 in this case on November 10, 2005.

The opposing party to the order appealed is Robert L. Geltzer, Chapter 7 Trustee, represented by Jonathan L. Flaxer and Adam C. Silverstein of Golenbock Eiseman Assor Bell & Peskoe LLP 437 Madison Avenue New York, New York 10022 (212) 907 7300.

4062002.2

Dated: January 11, 2008

                                      WILLKIE FARR & GALLAGHER LLP

By: _____
     Alan J. Lipkin (AL-7484)
     (A Member of the Firm)

787 Seventh Avenue
New York, New York 10019-6099
(212) 728-8000
alipkin@willkie.com

Attorneys for Appellant 360networks
Corporation

**TO:**

Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, Pennsylvania 19103
Attn:   Craig Martin, Esq.

Hutchison Global Crossing
19/F, Two Harbourfront
22 Tak Fung Street, Hunghom,
Kowloon, Hong Kong

Hutchison Global Crossing
c/o Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, New York 10112
Attn:   Howard Seife, Esq.

O'Melveny & Myers LLP
Citigroup Center
153 East 53rd Street, 54th Floor
New York, New York 10022-4611
Attn:   Tancred V. Schiavoni, Esq.

4062002.2

Exodus Communications, Inc.
2831 Mission College Boulevard
Santa Clara, California 95054
Attn:   General Counsel

Cable & Wireless Internet Svc.
45 Fremont Street, 12th Floor
San Francisco, California 94105
Attn:   Law Department

Savvis Communications Corp.
12851 Worldgate Drive
Hendon, Virginia 20170
Attn:   Grier Raclin, Esq., General Counsel

Concert Global Network Services, Ltd.
Swan Building, 1st Floor
26 Victoria Street
Hamilton HM12 Bermuda
Attn:   Vice President -
Cable and Satellite Management

Concert Global Network Services Ltd.
340 Mount Kemble Avenue
Morristown, New Jersey 07960
Attn:   Vice President - Cable and Satellite Management

Concert Global Network Inc.
271 Mount Pleasant Avenue
West Orange, New Jersey 07052
Attn:   Vice President - Cable and Satellite Management

WorldCom
Dept. #6576, Bill Audit
500 Clinton Center Drive
Clinton, Mississippi 39056
Attn:   Ms. Lenore Loft

Mr. John M. Scanlon
Mr. Stefan Riesenfeld
Mr. Charles Carroll
c/o Hennigan, Bennett & Dorman LLP
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017
Attn:   Jeanne E. Irving, Esq.

4062002.2

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019
Attn:   Allan J. Arffa, Esq.
        Sarah M. Epstein, Esq.

Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, New York 10178
Attn:   Eliot Lauer, Esq.
        Jacques Semmelman, Esq.

Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022
Attn:   Jonathan E. Richman, Esq.
        Ralph C. Ferrara, Esq.

Bingham McCutchen LLP
One State Street
Hartford, Connecticut 06103-3178
Attn:   Evan D. Flaschen, Esq.
        Christopher S. Snow, Esq.

Bingham McCutchen LLP
399 Park Avenue
New York, New York 10022-4689
Attn:   M. Jennifer MacKay, Esq.

Pachulski, Stang, Ziehl, Young & Jones, P.C.
780 Third Avenue, 36th Floor
New York, New York 10017
Attn:   Beth E. Levine, Esq.

Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 Market Street, 16th Floor
Wilmington, Delaware 19801
Attn:   Laura Davis Jones, Esq.

Pachulski, Stang, Ziehl, Young & Jones, P.C.
150 California Street, 15th Floor
San Francisco, California 94111
Attn:   Debra Grassgreen, Esq.

4062002.2

Shearman & Sterling
599 Lexington Avenue
New York, New York 10022
Attn:   Benjamin D. Feder, Esq.
        Stacey C. Spevak, Esq.

Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, New York 10005-1413
Attn:   Allan S. Brilliant, Esq.
        Deirdre Ann Sullivan, Esq.

Balber Pickard Battistoni Maldonado & Van Der Tuin, P.C.
1370 Avenue of the Americas
New York, New York 10019-4602
Attn:   Thomas P. Battistoni, Esq.
        Mary Jane Wagg, Esq.

Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, New York 10112
Attn:   Howard Seife, Esq.
        N. Theodore Zink, Jr., Esq.

Mr. Joseph J. Bancheri
Ms. Melanie Bancheri
15 Cooper Road
Mendham, New Jersey 07945

Ms. Catherine Stolz
38 Laurie Court
Lake Villa, Illinois 60046

Mr. Gunnar Johansson
108 Winding Hill Road
Hopatcong, New Jersey 07843

Mr. Chester Goddard
Ms. Rose Goddard
829 Norma Drive
Pismo Beach, California 93449

Fragomen, Del Ray, Bernsen & Loewy
515 Madison Avenue
New York, New York 10022
Attn:   Ms. Michelle Chrein

4062002.2

Mr. Geoffrey J.W. Kent
c/o Robert A. Sacks, Esq.
Sullivan & Cromwell LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067

Mr. Eric Hippeau
c/o Robert A. Sacks, Esq.
Sullivan & Cromwell LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067

Ms. Celina Teh
Flat F, 29F Tower 6, The Waterfront
1 Austin Road West, Tsimshatsui
Kowloon, Hong Kong, China
Hutchison Telecommunications Limited
22nd Floor, Hutchison House
10 Harcourt Road, Central
Hong Kong, China

Mr. William J. Burke
220 Bentley Circle
Los Angeles, California 90049

Latham & Watkins LLP
633 West Fifth Street, Suite 4000
Los Angeles, California 90071
Attn:   Peter M. Gilhuly, Esq.

Latham & Watkins LLP
633 West Fifth Street, Suite 4000
Los Angeles, California 90071
Attn:   Ms. Cindy Mejia, Sr. Financial Analyst

Federal Express Corporation
2005 Corporate Avenue, 2nd Floor
Memphis, Tennessee 38132

Fragomen, Del Ray, Bernsen & Loewy, P.C.
2804 Mission College Boulevard, 2nd Floor
Santa Clara, California 95054

Deutsche Bank AG, New York Branch
60 Wall Street, 43rd Floor
Mail Stop NYC60-4301
New York, New York 10005
Attn:   Mr. Keith Braun

4062002.2

Clifford Chance
29th Floor, Jardine House
One Connaught Place Central
Hong Kong
China

Thomas Dale & Associates, Ltd.
P.O. Box 1802
Manhattan Beach, California 90267

Slaughter & May
47F, Jardine House
One Connaught Place
Central, Hong Kong
Attn:   Mr. Richard Jones

Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Attn:   John D. McLaughlin, Jr., Esq.

Houlihan Lokey Howard & Zukin Capital
1930 Century Park West
Los Angeles, California 90067

Merrill Communications
CM-9638
St. Paul, Minnesota 55170

Dow Jones Reuters Business
Interactive LLC
P.O. Box 300
Princeton, New Jersey 08543

Mr. Frank J. Fields
1080 Pittsford Road
Pittsford, New York 14534

Ms. Everdene Watson
2206 Oak Street, Apt. E
Santa Monica, California 90405

Ms. Everdene Watson
6 Summit Street, Apt. 309
West Orange, New Jersey 07052

4062002.2

Mr. Yiu Hing Poon
11867 Galvani Street
Las Vegas, Nevada 89123

DB Trustees (Hong Kong) Limited
51-56 Floor
Chung Kong, Center #2
Queens Road Central
Hong Kong

Asia Global Crossing Ireland
4th Office
The Sweepstakes Center No. 3
Ballsbridge
Dublin 4, Ireland

GCT Pacific Holdings Ltd.
Mintflower Plaza, 2nd Floor
8 Par-La-Ville Road
Hamilton HN08
Bermuda

Microelectronics Technology Inc.
Innovation Road II
Hsinchu Science-Based Industrial Park
Hsinchu, Taiwan R.O.C.

Global Crossing Japan Corporation
17F Kamiyacho MT Building
4-3-Toranomon
Minato-ku, Tokyo
Japan

Global Crossing Telecommunications Inc.
CSC-Lawyers Inc. Service Company
601 Abbot Road
East Lansing, Michigan 48823

Global Crossing North America
1080 Pittsford Road
Pittsford, New York 14534

Asia Global Crossing Korea
17th Floor, Korea First Bank Building
100 Kongpyung-dong
Chongro-ku
Seoul, Korea 110-160

4062002.2

PR Newswire
G.P.O. Box 5897
New York, New York 10087
Varde Partners, Inc.
8500 Normandale Lake Boulevard, Suite 1570
Minneapolis, Minnesota 55437

Public Employees Retirement System of Ohio
c/o Grant & Eisenhofer, P.A.
1201 North Market Street, 21st Floor
Wilmington, Delaware 19801
Attn:   Sidney S. Liebesman, Esq.

Grant & Eisenhofer, P.A.
45 Rockefeller Center
630 Fifth Avenue, 15th Floor
New York, New York 10111
Attn:   Sidney S. Liebesman, Esq.

New York City Dept. of Finance
Taxpayer Identification Unit
25 Elm Place, 3rd Floor
Brooklyn, New York 11201

P. Schoenfeld Asset Management, LLC
1330 Avenue of the Americas, 34th Floor
New York, New York 10019
Attn:   Mr. Peter Faulkner

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004
Attn:   Jeffrey S. Margolin, Esq.

Clifford Chance US LLP
31 West 52nd Street
New York, New York 10019
Attn:   Matthew S. Ford, Esq.

White & Case LLP
1155 Avenue of the Americas
New York, New York 10036
Attn:   Sandeep Qusba, Esq.

4062002.2

So Keung Yip & Sin
802-805, 8th Floor
Wheelock House
No. 20 Pedder Street
Central, Hong Kong

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn:   Brian S. Masumoto, Esq.

Dechert LLP
30 Rockefeller Plaza
New York, New York 10112
Attn:   Glenn E. Siegel, Esq.

- 10 -