UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
In re                               :
                                    :  Chapter 7
ASIA GLOBAL CROSSING LTD., *et al.*,  :  Case Nos. 02-15749
                                    :  through 02-15750 (SMB)
         Debtors.                   :  (Substantively Consolidated)
                                    :
------------------------------------X
                                    :
360NETWORKS CORPORATION,            :
                                    :
         Appellant,                 :  08 Civ. 03148-RJH
v.                                  :
                                    :
ROBERT GELTZER, as Chapter 7 Trustee of :
the Estate of Asia Global Crossing, Ltd., :
                                    :
         Appellee.                  :
------------------------------------X

Pursuant to Fed. R. Civ. Pro. 7.1, the undersigned counsel for Appellant 360networks Corporation states that 360networks Corporation is a corporation continued federally under the laws of Canada that has no parent company and that no publicly held corporation owns more than 10% of 360networks Corporation's common stock.

Dated: April 11, 2008

                                    WILLKIE FARR & GALLAGHER LLP

                                    By: _____
                                        Alan J. Lipkin

                                    787 Seventh Avenue
                                    New York, New York 10022
                                    (212) 728-8000
                                    alipkin@willkie.com

                                    Attorneys for 360networks Corporation

## CERTIFICATE OF SERVICE

The undersigned, a member in good standing of the bar of this Court, hereby certifies that he caused to be served a copy of 360networks Corporations' Fed. R. Civ. P. 7.1 Statement, on April 11, 2008 by ECF and hand delivery to:

Adam C. Silverstein, Esq.
Golenbock Eiseman Assor Bell & Peskoe LLP
437 Madison Avenue
New York, New York  10022-7302

Attorney for Appellee

_____
Adam S. Ross, Esq.
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY  10019
(212) 728-8000
aross@willkie.com