# GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP

437 MADISON AVENUE
NEW YORK, NY 10022-7302

(212) 907-7300
FAX (212) 754-0330

*Adam C. Silverstein*
*Direct Dial No.: 212-907-7378*
*Direct Fax No.: 212-754-0777*
*Email Address: asilverstein@golenbock.com*



CHAMBERS OF
RICHARD J. HOLWELL

April 18, 2008

**VIA FACSIMILE**

Honorable Richard J. Holwell
United States District Judge
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 630
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/08

Re:   *In re Asia Global Crossing, Ltd.* - 08 Civ. 03148 (RJH)

Dear Judge Holwell:

     This firm represents Robert L. Geltzer, the chapter 7 trustee of Asia Global Crossing, Ltd. (the "Trustee"). We write with the consent of counsel to appellant-claimant 360networks Corporation ("360networks") to request a brief extension of the briefing schedule in connection with 360networks' appeal, in order to accommodate counsel who have scheduled vacations during the briefing period.

     The schedule provided for under the rules requires the Trustee to submit his appellate brief on April 28, 2008 and 360networks to submit its reply brief on May 8, 2008. The revised schedule agreed to by the parties would extend the Trustee's time to submit his appellate brief to May 6, 2008 and 360networks' time to submit its reply brief to May 20, 2008 -- adding a total of 12 days to the briefing schedule provided for by the rules.

     The parties respectfully request the Court's endorsement of this modest extension of the briefing schedule.

So ORDERED
*/s/ R.J. Holwell*
4/20/08

Respectfully,

*/s/ Adam C. Silverstein*
Adam C. Silverstein

cc:   Alan J. Lipkin, Esq.

422106 2