## GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP

437 MADISON AVENUE
NEW YORK, NY 10022-7302

(212) 907-7300
FAX (212) 754-0330

*Adam C. Silverstein*
*Direct Dial No.: 212-907-7378*
*Direct Fax No.: 212-754-0777*
*Email Address: asilverstein@golenbock.com*



RECEIVED MAY 2 2008 CHAMBERS OF RICHARD J. HOLWELL

May 2, 2008

**VIA FACSIMILE**
Honorable Richard J. Holwell
United States District Judge
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 630
New York, New York 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/08
```

Re:  *In re Asia Global Crossing, Ltd.* - 08 Civ. 03148 (RJH)

Dear Judge Holwell:

This firm represents Robert L. Geltzer, the chapter 7 trustee of Asia Global Crossing, Ltd. (the "Trustee"). We write with the consent of counsel to appellant-claimant 360networks Corporation ("360networks") to request a slight change to the briefing schedule in connection with 360networks' appeal.

The Court previously endorsed a request for an extension, extending the Trustee's time to submit his appellate brief from April 28 to May 6, 2008 and 360networks' time to submits its reply brief from May 8, 2008 to May 20, 2008. Unfortunately, because of scheduling conflicts that recently have arisen, the Trustee requires three additional days, so that he can meaningfully review and provide his input into the appellate brief. The parties, therefore, have agreed to extend the Trustee's time to submit his appellate brief to May 9, 2008 and 360networks' time to submit its reply brief to May 29, 2008.

The parties respectfully request the Court's endorsement of this second, and final, extension of the briefing schedule.

SO ORDERED

/s/ Richard Holwell

Respectfully,

Adam C. Silverstein

cc:  Alan J. Lipkin, Esq.   USDJ
5/7/08

422106.2