UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

In re                                                        :

ASIA GLOBAL CROSSING, LTD. *et al.*,                         :

                                        Debtors.             :

------------------------------------------------------------- X

                                                             :

360NETWORKS COPRORATION,                                     :

                                        Appellant,           :

                    v.                                       :

ROBERT L. GELTZER, as Chapter 7 Trustee of                   :
the Estate of Asia Global Crossing, Ltd.,                    :

                                        Appellee.            :

------------------------------------------------------------- X

Chapter 7
Case Nos. 02-15749
Through 02-15750 (SMB)
Substantively Consolidated)

08 Civ. 03148 (RJH)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss:
COUNTY OF NEW YORK     )

      NICHOLAS S. FELTHAM, being duly sworn, deposes and says:

      1.    I am over the age of 18 years, and am not a party to this proceeding.  I reside in Kings County, New York.

      2.    On May 9, 2008, I caused a true and correct copy of the *Brief of Appellee-Trustee Robert L. Geltzer* to be served via hand delivery on Alan J. Lipkin, Esq., Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, NY 10019 (counsel for Appellant 360networks Corporation).

                                          Nicholas S. Feltham

Sworn to before me this
12th day of May, 2008

Notary Public

ANN MARIE TERRACINO
Notary Public, State of New York
No. 01TE6111281
Qualified in Richmond County
Commission Expires June 7, 2008

424793.1